Eric T. HICKS, Plaintiff–Appellant,

v.

GARFIELD BEACH CVS LLC; and Thrifty Payless, Inc., Str 9804, Defendants–Appellees.

No. 11–55507.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 5, 2013.

Eric T. Hicks, Cathedral City, CA, pro se.

---

Jennifer B. Zargarof, Sidley Austin LLP, Los Angeles, CA, for Defendants–Appellees.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Eric T. Hicks appeals pro se from the district court's order denying his motion for a new trial. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Molski v. M.J. Cable, Inc.*, 481 F.3d 724, 728 (9th Cir.2007), and we affirm.

The district court did not abuse its discretion in denying Hicks's motion for a new trial because Hicks failed to establish any basis for such relief. *See id.* at 729 (setting forth grounds for a new trial under Federal Rule of Civil Procedure 59(a)); *see also* Fed.R.Civ.P. 60(b) (setting forth grounds for relief from a final judgment).

To the extent that Hicks challenges the district court's judgment dismissing his underlying action, we do not consider his contentions because Hicks did not file a timely notice of appeal from that judgment. *See* Fed.R.Civ.P. 59(e) (tolling motion must be filed within 28 days from entry of judgment); *Fiester v. Turner*, 783 F.2d 1474, 1475 (9th Cir.1986) (order) (untimely motion does not suspend time to appeal).

Hicks's motion for discovery and sanctions, filed on November 7, 2011, is denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.